Law Office

# CLIFFORD & GARDE

JOHN M. CLIFFORD*
BILLIE PIRNER GARDE**
AOIFE O'NEILL †

* ALSO ADMITTED IN MD
** ALSO ADMITTED IN TX, WI

† ONLY ADMITTED IN CA
   (NOT ADMITTED IN D.C.)

1707 L Street, N.W.
Suite 500
Washington, D.C. 20036
(202) 289-8990
Fax (202) 289-8992
www.cliffordgarde.com

July 21, 2006

Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
Attn: **Tawana Davis**

Re:   *Calderón, et al. v. Democratic People's Republic of Korea, et al.*
      **Civil Action No. 06-CV-00744(RBW)**

Dear Ms. Davis:

We represent the plaintiffs in the above-captioned matter. We wish to have service effected upon the two (2) defendants at a total of five (5) different addresses via DHL. Therefore, enclosed please find copies of each of the following items to effect service via DHL upon the two (2) defendants in this case:

1. Summons written in English for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

2. Summons translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

3. Complaint written in English for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

4. Complaint translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

5. Notice of Suit written in English with copies of the Foreign Sovereign Immunities Act for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. Notice of Suit translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

7. Completed Affidavits Requesting Foreign Mailing;

8. Five (5) DHL international envelopes and invoices, including our DHL billing account number: 9786930641.

If you require anything further, please do not hesitate to contact me.

Very truly yours,

John Clifford

JC/me
Encs.

cc: Naomi Weinberg, Esq.