UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------------------------------------X
RUTH CALDERÓN-CARDONA for the ESTATE OF  :
CARMELO CALDERÓN-MOLINA, et al.,         :
                                         :
                Plaintiffs,              :
                                         :
        vs.                              :  **Civil Action No.:** 1:06CV00744
                                         :
DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,   :
a.k.a. NORTH KOREA, et al.,              :
                                         :
                Defendants.              :
------------------------------------------------------------------X

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of records for plaintiffs, hereby request that the Clerk mail a copy of the summons and complaint and Notice of Suit to:

1. defendant the Democratic People's Republic of Korea, a.k.a. North Korea; and
2. defendant Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service

by:  ☐  registered mail, return receipt requested

     ☒  DHL

pursuant to the provisions of: (check one)

     ☐  FRCP 4(f)(2)(c)(ii)

     ☒  28 U.S.C. § 1608(a)(3)

     ☐  28 U.S.C. § 1608(b)(3)(B)

Attorney for the Plaintiffs,

*[signature]*
John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile:  (202) 289-8992

OSEN & ASSOCIATE, LLC
Gary M. Osen (pro hac vice application to be filed)
Naomi B. Weinberg (pro hac vice application to be filed)
Aaron Schlanger (pro hac vice application to be filed)
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303