DHL Express
1144 W. Washington St.
Tempe, AZ 85281
1 800-225-5345





HARD COPY UNAVAILABLE

Airbill #: 7474365463
Date Shipped: 8-01-06
Shipper: CLIFFORD AND GRADE
Consignee: OFFICE OF GEN SECRETARY
City: PYONG YANG
Country: KOREA
Delivery Details: ―――
Date Delivered: 8-10-06
Time of Delivery: 16:17
Signature: LI DAI QIL

Our International Service Center has advised that a copy of the delivery signature for your shipment referenced above is not available. DHL sincerely regrets any inconvenience that may result with regards to this shipment. We value our relationships with our customers and hope you will continue let us serve your company.

Sincerely,
Hard Copy Delivery Desk 580



**DHL EXPRESS**

FROM: Shipment Inquiry Customer Relations Center
Tempe, AZ

DATE: August 11, 2006

COMPANY: Clifford and George

CONTACT: George Nelson

DHL AIRWAYBILL #: 7474365463

DETAILS:

| Airway Bill Number | | | Weight | | Destination | | | Value |
|---|---|---|---|---|---|---|---|---|
| 7474365463 | | | HGR | | FNJ | | | |
| Ship Date | | | DHL Product | | Commodity/Description | | | Shipper Reference |
| 8/1/2006 | | | StartDay Exp Dutiable | | docs | | | |
| Scheduled Delivery Date | Pieces | | Width | | Weight | | | EXP Date |
| | 1 | | 1 | | 2 | | | |
| Length | | | Prospay Date | | Pickup Time | | | SDE Date/Time |
| | | | 8/1/2006 | | 1:00:00 PM | | | |
| Flight Number | | | Insured Value | | Declared Value | | | |
| | | | 0 | | 0 | | | |

1 - 10 of 10

| Status | Orig | Dest | Date | Time | Pieces | Sig | Fac | Company/Signatory | Source | Route | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trace Updated | HGR | UNK | 08/10/2006 | 16:17 | 0 | | QPX | QPXJAY | G | | | 2006-08-10 16:17:00 |
| Delivered | HGR | FNJ | 08/07/2006 | 16:20 | 1 | | FNJ | LIPONGIL | G | FN01 | | 2006-08-07 16:20:00 |

*IF YOU HAVE ADDITIONAL QUESTIONS PLEASE CALL 800-225-5345*
*THANK YOU FOR SHIPPING WITH DHL WORLDWIDE EXPRESS!*

DHL Express
1144 W. Washington St.
Tempe, AZ 85281
1 800-225-5345





HARD COPY UNAVAILABLE

Airbill #: 34743454452
Date Shipped: 8-01-06
Shipper: CLIFFORD AND GRACE
Consignee: SUPREME PEOPLES ASSY
City: PONG YANG
Country: KOREA
Delivery Details:
Date Delivered: 8-07-06
Time of Delivery: 15:42
Signature: CHOI

Our International Service Center has advised that a copy of the delivery signature for your shipment referenced above is not available. DHL sincerely regrets any inconvenience that may result with regards to this shipment. We value our relationships with our customers and hope you will continue let us serve your company.

Sincerely,
Hard Copy Delivery Desk 580



**DHL EXPRESS**

FROM: Shipment Inquiry Customer Relations Center
Tempe, AZ

DATE: August 11, 2006

COMPANY: Clifford and Guard

CONTACT: George Nelson

DHL AIRWAYBILL #: 7474365452

DETAILS:

| Airway Bill Number | Origin | Destination | | Airway Bill |
|---|---|---|---|---|
| 7474365452 | HGR | FNJ | | |

| Ship Date | DHL Product | Commodity/Description | | Shipper Reference |
|---|---|---|---|---|
| 8/1/2006 | StartDay Exp Dutiable | docs | | |

| Scheduled Delivery Date | Pieces | Weight | | Ship Date |
|---|---|---|---|---|
| | 1 | 2 | | |

| Length | Width | Height | | Pickup Time |
|---|---|---|---|---|
| | | | | 1:00:00 PM |

| Number | Post Bill Date | | | SPD Date/Time |
|---|---|---|---|---|
| | 8/1/2006 | | | |

| Insured | Insured Value | Declared Value | | |
|---|---|---|---|---|
| | 0 | 0 | | |

1 - 10 of 10

| Status | Pin | Dest | Date | Time | Pieces | Sig | Rsc | Comments/Signatory | Source | Route | |  | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trace Updated | HGR | UNK | 08/10/2006 | 16:12 | 0 | | QPX | QPX/JAY | G | | | 2006-08-10 16:12:00 | |
| Delivered | HGR | FNJ | 08/07/2006 | 15:42 | 1 | | FNJ | CHOI | G | FN01 | | 2006-08-07 15:42:00 | |

*IF YOU HAVE ADDITIONAL QUESTIONS PLEASE CALL 800-225-5345*
*THANK YOU FOR SHIPPING WITH DHL WORLDWIDE EXPRESS!*

DHL Express
1144 W. Washington St.
Tempe, AZ 85281
1 800-225-5345

**DHL EXPRESS**

HARD COPY UNAVAILABLE

Attn: GEORGE NELSON

Airbill #: 7474365616
Date Shipped: 8-01-06
Shipper: CITIZEN AND GARDE
Consignee: OFFICE SECRETARY GENERAL
City: PYONGYANG
Country: KOREA
Delivery Details: _____
Date Delivered: 8-07-06
Time of Delivery: 16:20
Signature: LI PIL GIL

Our International Service Center has advised that a copy of the delivery signature for your shipment referenced above is not available. DHL sincerely regrets any inconvenience that may result with regards to this shipment. We value our relationships with our customers and hope you will continue let us serve your company.

Sincerely,
Hard Copy Delivery Desk 580

DHL Express
1144 W. Washington St.
Tempe, AZ 85281
1 800-225-5345

**DHL EXPRESS**

HARD COPY UNAVAILABLE

Airbill #: 7979365970
Date Shipped: 8-01-06
Shipper: Clifford and Chase
Consignee: Min of Foreign Affairs
City: Pyongyang
Country: Korea
*Delivery Details:*
Date Delivered: 8-03-06
Time of Delivery: 16:32
Signature: Lipong Lyol

Signed: Ami. George Newson

Our International Service Center has advised that a copy of the delivery signature for your shipment referenced above is not available. DHL sincerely regrets any inconvenience that may result with regards to this shipment. We value our relationships with our customers and hope you will continue let us serve your company.

Sincerely,
Hard Copy Delivery Desk 580