LAW OFFICE

# CLIFFORD & GARDE

JOHN M. CLIFFORD*
BILLIE PIRNER GARDE**
AOIFE O'NEILL †

* ALSO ADMITTED IN MD
** ALSO ADMITTED IN TX, WI
† ONLY ADMITTED IN CA
(NOT ADMITTED IN D.C.)

1707 L STREET, N.W.
SUITE 500
WASHINGTON, D.C. 20036
(202) 289-8990
FAX (202) 289-8992
www.cliffordgarde.com

July 21, 2006

Clerk, U.S. District Court
For the District of Columbia
333 Constitution Avenue NW
Washington, DC 20001
Attn: Tawana Davis

Re: *Calderón, et al. v. Democratic People's Republic of Korea, et al.*
    Civil Action No. 06-CV-00744(RBW)

Dear Ms. Davis:

We represent the plaintiffs in the above-captioned matter. We wish to have service effected upon the two (2) defendants at a total of five (5) different addresses via DHL. Therefore, enclosed please find copies of each of the following items to effect service via DHL upon the two (2) defendants in this case:

1. Summons written in English for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

2. Summons translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

3. Complaint written in English for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

4. Complaint translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

5. Notice of Suit written in English with copies of the Foreign Sovereign Immunities Act for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

**RECEIVED**

JUL 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

6. Notice of Suit translated into Korean for defendants, Democratic People's Republic of Korea, a.k.a. North Korea (3 copies) and Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service (2 copies);

7. Completed Affidavits Requesting Foreign Mailing;

8. Five (5) DHL international envelopes and invoices, including our DHL billing account number: 9786930641.

If you require anything further, please do not hesitate to contact me.

Very truly yours,

John Clifford

JC/me
Encs.

cc: Naomi Weinberg, Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------X
RUTH CALDERÓN-CARDONA for the ESTATE OF
CARMELO CALDERÓN-MOLINA, et al.,

        Plaintiffs,

vs.                     Civil Action No.: 1:06CV00744 (RBW)

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,
a.k.a. NORTH KOREA, et al.,

        Defendants.
------------------------------------X

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of records for plaintiffs, hereby request that the Clerk mail a copy of the summons and complaint and Notice of Suit to:

1. defendant the Democratic People's Republic of Korea, a.k.a. North Korea; and
2. defendant Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service

by:  ☐ registered mail, return receipt requested

     ☒ DHL

pursuant to the provisions of: (check one)

☐ FRCP 4(f)(2)(c)(ii)

☐ 28 U.S.C. § 1608(a)(3)

☒ 28 U.S.C. § 1608(b)(3)(B)

Attorney for the Plaintiffs,

*[signature]*

John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile: (202) 289-8992

Case 1:06-cv-00744-RBW    Document 2-2    Filed 07/24/2006    Page 2 of 2

OSEN & ASSOCIATE, LLC
Gary M. Osen (pro hac vice application to be filed)
Naomi B. Weinberg (pro hac vice application to be filed)
Aaron Schlanger (pro hac vice application to be filed)
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------X
RUTH CALDERÓN-CARDONA for the ESTATE OF  :
CARMELO CALDERÓN-MOLINA, et al.,         :
                                         :
                    Plaintiffs,          :  Civil Action No.: 1:06CV00744
                                         :
            vs.                          :
                                         :
DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,   :
a.k.a. NORTH KOREA, et al.,              :
                                         :
                    Defendants.          :
---------------------------------------X

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of records for plaintiffs, hereby request that the Clerk mail a copy of the summons and complaint and Notice of Suit to:

1. defendant the Democratic People's Republic of Korea, a.k.a. North Korea; and
2. defendant Cabinet General Intelligence Bureau, a.k.a. North Korean Intelligence Service

by:   ☐  registered mail, return receipt requested

      ☒  DHL

pursuant to the provisions of: (check one)

      ☐  FRCP 4(f)(2)(c)(ii)

      ☒  28 U.S.C. § 1608(a)(3)

      ☐  28 U.S.C. § 1608(b)(3)(B)

Attorney for the Plaintiffs,

_[signature]_

John M. Clifford
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone:  (202) 289-8990
Facsimile:  (202) 289-8992

Case 1:06-cv-00744-RBW   Document 2-3   Filed 07/24/2006   Page 2 of 2

OSEN & ASSOCIATE, LLC
Gary M. Osen (pro hac vice application to be filed)
Naomi B. Weinberg (pro hac vice application to be filed)
Aaron Schlanger (pro hac vice application to be filed)
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone (201) 265-6400
Facsimile (201) 265-0303

2