

| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|
| | | | | | The Group | Investor Relations |
| | | | | | Contact | Site Map / Settings / Help |

## Tracking

### Good Afternoon

**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

**These are the results of your query**

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7474365452 | Rockville, MD - USA | Pyongyang - Korea, The D.P.R of | Signed for by: CHOI<br>Shipment delivered August 07, 2006<br>15:42 ✓ |

**7474365452 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 01, 2006 | 18:10 | Rockville, MD - USA | Shipment picked up |
| August 01, 2006 | 20:16 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 02, 2006 | 01:02 | Wilmington - Clinton Field, OH - USA | Transferred through Wilmington - Clinton Field - USA |
| August 02, 2006 | 05:00 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 04, 2006 | 01:06 | Beijing - China, People's Republic | Arrived at DHL facility in Beijing - China, People's Republic |
| August 04, 2006 | 13:13 | Beijing - China, People's Republic | Departed from DHL facility in Beijing - China, People's Republic |
| August 07, 2006 | 15:42 | Pyongyang - Korea, The D.P.R of | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006    ▶ DHL International GmbH. All Rights Reserved



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|
| | | | | | The Group | Investor Relations |
| | | | | | Contact | Site Map / Settings / Help |

# Tracking
## Good Afternoon

**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

### These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7474365441 | Rockville, MD - USA | Pyongyang - Korea, The D.P.R of | Signed for by: LIPONGIL<br>Shipment delivered August 07, 2006<br>16:20 ✓ |

**7474365441 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 01, 2006 | 18:10 | Rockville, MD - USA | Shipment picked up |
| August 01, 2006 | 20:16 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 02, 2006 | 01:28 | Wilmington - Clinton Field, OH - USA | Transferred through Wilmington - Clinton Field - USA |
| August 02, 2006 | 05:00 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 04, 2006 | 01:03 | Beijing - China, People's Republic | Arrived at DHL facility in Beijing - China, People's Republic |
| August 04, 2006 | 13:13 | Beijing - China, People's Republic | Departed from DHL facility in Beijing - China, People's Republic |
| August 07, 2006 | 16:20 | Pyongyang - Korea, The D.P.R of | Shipment delivered |

Try a new search.

©2006 ▶ DHL International GmbH. All Rights Reserved

| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |
|---|---|---|---|---|---|---|
| | | | | | The Group | Investor Relations |
| | | | | | Contact | Site Map / Settings / Help |

## Tracking
### Good Afternoon



**Track your Shipment**
DHL Air Waybill
▶ Track
More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

**These are the results of your query**

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7474365463 | Rockville, MD - USA | Pyongyang - Korea, The D.P.R of | Signed for by: LIPONGIL Shipment delivered August 07, 2006 16:20 ✓ |

**7474365463 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 01, 2006 | 18:10 | Rockville, MD - USA | Shipment picked up |
| August 01, 2006 | 20:16 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 02, 2006 | 01:06 | Wilmington - Clinton Field, OH - USA | Transferred through Wilmington - Clinton Field - USA |
| August 02, 2006 | 05:00 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 04, 2006 | 01:03 | Beijing - China, People's Republic | Arrived at DHL facility in Beijing - China, People's Republic |
| August 04, 2006 | 13:13 | Beijing - China, People's Republic | Departed from DHL facility in Beijing - China, People's Republic |
| August 07, 2006 | 16:20 | Pyongyang - Korea, The D.P.R of | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved



| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |

The Group | Investor Relations

Contact | Site Map / Settings / Help

## Tracking
## Good Afternoon



**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

▶ Search

- ▶ eShipping: Quick Access
- ▶ Web Shipping
- ▶ Booking
- ▶ Tracking
- ▶ Logistics eServices
- ▶ DHL Interactive
- ▶ Trade Automation Service
- ▶ Order Supplies

**These are the results of your query**

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7474365430 | Rockville, MD - USA | Pyongyang - Korea, The D.P.R of | Signed for by: LIPONGLYOL<br>Shipment delivered August 07, 2006<br>16:32 ✓ |

**7474365430 - Detailed Report**

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 01, 2006 | 18:10 | Rockville, MD - USA | Shipment picked up |
| August 01, 2006 | 20:16 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 02, 2006 | 01:06 | Wilmington - Clinton Field, OH - USA | Transferred through Wilmington - Clinton Field - USA |
| August 02, 2006 | 05:00 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 04, 2006 | 01:02 | Beijing - China, People's Republic | Arrived at DHL facility in Beijing - China, People's Republic |
| August 04, 2006 | 13:13 | Beijing - China, People's Republic | Departed from DHL facility in Beijing - China, People's Republic |
| August 07, 2006 | 16:32 | Pyongyang - Korea, The D.P.R of | Shipment delivered |

Try a new search.

©2006   ▶ DHL International GmbH. All Rights Reserved

| Products / Services | eShipping | Tools | Information | Press | Careers | About DHL |

The Group | Investor Relations

Contact | Site Map / Settings / Help

# Tracking

## Good Afternoon



**Track your Shipment**

DHL Air Waybill

▶ Track

More tracking options

- eShipping: Quick Access
- Web Shipping
- Booking
- Tracking
- Logistics eServices
- DHL Interactive
- Trade Automation Service
- Order Supplies

▶ Search

### These are the results of your query

Times given are local to the service area in which the shipment checkpoint is recorded.

| Air Waybill Number | Origin Service Area | Destination Service Area | Status |
|---|---|---|---|
| 7474365614 | Rockville, MD - USA | Pyongyang - Korea, The D.P.R of | Signed for by: LIPONGIL  Shipment delivered August 07, 2006  16:20 ✓ |

### 7474365614 - Detailed Report

| Date | Time | Location Service Area | Checkpoint Details |
|---|---|---|---|
| August 01, 2006 | 18:09 | Rockville, MD - USA | Shipment picked up |
| August 01, 2006 | 20:16 | Washington - Ronald Reagan National, DC - USA | Departing origin |
| August 02, 2006 | 01:06 | Wilmington - Clinton Field, OH - USA | Transferred through Wilmington - Clinton Field - USA |
| August 02, 2006 | 05:00 | Wilmington - Clinton Field, OH - USA | Departed from DHL facility in Wilmington - Clinton Field - USA |
| August 04, 2006 | 01:03 | Beijing - China, People's Republic | Arrived at DHL facility in Beijing - China, People's Republic |
| August 04, 2006 | 13:13 | Beijing - China, People's Republic | Departed from DHL facility in Beijing - China, People's Republic |
| August 07, 2006 | 16:20 | Pyongyang - Korea, The D.P.R of | Shipment delivered |

Try a new search.

Deutsche Post World Net
MAIL EXPRESS LOGISTICS FINANCE

©2006  ▶ DHL International GmbH. All Rights Reserved