UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH CALDERON-CARMONA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-744 (RBW) |
| ) | |
| DEMOCRATIC PEOPLE'S REPUBLIC ) | |
| OF NORTH KOREA, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On April 24, 2006, the plaintiffs filed this action against the Democratic People's Republic of North Korea and several of its agencies ("the defendants") seeking compensatory and punitive damages for injuries suffered as a result of "an international terrorist attack at Israel's Tel Aviv Airport" in 1972. Complaint ¶ 1. On October 12, 2006, the plaintiffs submitted an affidavit to the Clerk of the Court requesting an entry of default in this case. On October 13, 2006, the Clerk of the Court declared the defendants to be in default. The plaintiffs have made no further effort to pursue prosecution of this matter. Accordingly, it is hereby

**ORDERED** that the plaintiffs shall show cause by July 27, 2007, why this case should not be dismissed for want of prosecution. Failure to respond to this order will result in the above-captioned case being dismissed.

**SO ORDERED** this 27th day of June, 2007.

REGGIE B. WALTON
United States District Judge