UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RUTH CALDERÓN-CARDONA for the ESTATE OF
CARMELO CALDERÓN-MOLINA, et al.,

        Plaintiffs,

vs.

**Civil Action No.:**
1:06CV00744 (RBW)

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA,
a.k.a. NORTH KOREA, et al.,

        Defendants.

---

## PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

Comes now the Plaintiffs, through counsel, and submits the following in response to this Court's Order to show cause why the case should not be dismissed for want of prosecution:

1. Plaintiffs filed this action seeking damages against the Democratic People's Republic of North Korea and several of its agencies on April 24, 2006.

2. Plaintiffs accomplished service of process on defendants in North Korea.

3. Defendants did not answer or otherwise respond to the summons and complaint.

4. Plaintiffs submitted an affidavit seeking entry of a default on October 12, 2006.

5.  On October 13, 2006, the Clerk of the Court declared defendants to be in default.

6.  Since October, counsel have been working to perfect the record. To support a default judgment against a foreign government, a prima facie showing must be made, demonstrating liability to the satisfaction of the Court. Counsel are attempting to overcome certain logistical difficulties in this regard, such as obtaining the testimony of experts, one or more of whom are based in the Middle East, obtaining translations of documents written in Korean, Japanese and/or Arabic; communicating with plaintiffs who do not reside in the continental United States, most of whom do not communicate well in English; and obtaining evidence that exists in Hebrew and other non-English languages.

7.  Counsel believe that they need another 120 days to prepare their submissions, and request that this Court find that the Order to show cause is satisfied and set this case for plaintiffs to file a status report on November 27, 2007.

Wherefore, plaintiffs submit that the case should not be dismissed for want of prosecution, and that the matter should be scheduled for a status report on November 27, 2007.

                        Respectfully submitted,

                        CLIFFORD & GARDE, LLP


                        ___/s/ John M. Clifford_____
                        John M. Clifford,
                        D.C. Bar No. 191866
                        Clifford & Garde, LLP
                        1707 L St., N.W. Suite 500
                        Washington, DC 20036
                        Telephone: (202) 289-8990
                        Facsimile: (202) 289-8992

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RUTH CALDERÓN-CARDONA for the ESTATE OF : 
CARMELO CALDERÓN-MOLINA, et al., :
:
:
           Plaintiffs, :
:
   vs. : **Civil Action No.:**
: 1:06CV00744 (RBW)
:
DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, :
a.k.a. NORTH KOREA, et al., :
:
:
           Defendants. :

---

## **ORDER**

UPON CONSIDERATION of the Plaintiff's Response to the Court's Order to Show Cause, and the entire record herein, it is by the Court this _____ day of _____, 2007,

ORDERED that the Court's order to Show Cause has been satisfied by Plaintiffs and that Plaintiffs shall file a status report in this matter on November 27, 2007.

_____
Judge Reggie B. Walton

COPY TO:

John M. Clifford,
D.C. Bar No. 191866
1707 L Street, N.W. Suite 500
Washington, DC 20036
Telephone: (202) 289-8990
Facsimile:  (202) 289-8992
Attorneys for Plaintiffs