UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RUTH CALDERON-CARMONA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 06-744 (RBW) |
| DEMOCRATIC PEOPLE'S REPUBLIC OF NORTH KOREA, et al., | ) ) ) ) | |
| Defendants. | ) ) ) | |

**ORDER**

On April 24, 2006, the plaintiffs filed this action against the Democratic People's Republic of North Korea and several of its agencies ("the defendants") seeking compensatory and punitive damages for injuries allegedly suffered as a result of "an international terrorist attack at Israel's Tel Aviv Airport" in 1972. Complaint ¶ 1. On October 12, 2006, the plaintiffs submitted an affidavit to the Clerk of the Court requesting entry of a default and on October 13, 2006, the Clerk of the Court declared the defendants to be in default. Then, on June 27, 2007, due to subsequent inaction by the plaintiff, the Court issued an order for the plaintiffs to show cause by July 27, 2007, why this case should not be dismissed for want of prosecution. The plaintiffs have now filed a response and request that the Court allow them an extension of 120 days to prepare and file their motion for a default judgment. Upon consideration of the plaintiffs' response, it is hereby

**ORDERED** that the plaintiffs shall by November 27, 2007, file the appropriate papers for the entry of a default judgment or advise the Court as to why they are unable to do so at that time and when, if ever, they will be able to make such a filing.  It is further

**ORDERED** that this case shall be administratively closed until the Court has received additional submissions by the parties.  It is further

**ORDERED** that this case shall be dismissed if the plaintiffs fail to request a default judgment by November 27, 2007 or fail to adequately explain why they are unable to do so by that date.

**SO ORDERED** this 31st day of July, 2007.

_____
REGGIE B. WALTON
United States District Judge