UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RUTH CALDERÓN-CARDONA for the ESTATE OF :
CARMELO CALDERÓN-MOLINA, et al., :
:
      Plaintiffs, :
:
  vs. : **Civil Action No.:**
: 1:06CV00744 (RBW)
:
DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, :
a.k.a. NORTH KOREA, et al., :
:
    Defendants. :

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF NATHANIEL TARNOR AND NAOMI B. WEINBERG

I, John M Clifford, as a member in good standing of the Bar of this Court, do hereby move the admission of Nathaniel Tarnor, Esquire and Naomi B. Weinberg, Esquire, to appear before the Court in this matter *pro hac vice*.

As required by LCvR 83.2(d), appropriate affidavits signed by Mr. Tarnor and Ms. Weinberg accompany this Motion.

Wherefore, I respectfully request that Mr. Tarnor and Ms. Weinberg be admitted to appear in this case, *pro hac vice*.

    /s/ John M. Clifford
John M. Clifford # 191866
Clifford & Garde LLP
1707 L St., N.W. Suite 500
Washington, DC 20036
Telephone: (202) 280-6115
Facsimile: (202) 289-8992

Attorney for Plaintiffs