UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| RUTH CALDERÓN-CARDONA for the ESTATE OF CARMELO CALDERÓN-MOLINA, et al., :<br><br>Plaintiffs, :<br><br>vs. :<br>:<br>DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, :<br>a.k.a. NORTH KOREA, et al., :<br><br>Defendants. : | **Civil Action No.:**<br>1:06CV00744 (RBW) |

---

### ORDER GRANTING ADMISSION *PRO HAC VICE* OF NATHANIEL TARNOR AND NAOMI B. WEINBERG

The motion of John M. Clifford, properly supported, seeking the Court's permission for Nathaniel Tarnor, Esquire and Naomi B. Weinberg, Esquire, to appear before the Court in this matter *pro hac vice*, be and it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE