## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH CALDERÓN-CARDONA, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-744 (RBW) |
| DEMOCRATIC PEOPLE'S REPUBLIC ) OF KOREA, et al., ) | |
| Defendants. ) | |

### NOTICE OF MOTION

Plaintiffs, by the undersigned counsel, hereby move before this Court for an Order granting: leave to proceed by affidavits and/or declarations concerning evidence pertaining to all liability and damages in support of Plaintiffs' request for the entry of default judgment; and for an extension of time until February 27, 2008 to present evidence, or on such date and at such time as the Court sets.

In support of this motion, Plaintiffs respectfully refer this Court to the attached Memorandum of Law and Proposed Order.

Dated: November 20, 2007

                                               CLIFFORD & GARDE

                               By    /s/ John M. Clifford
                                               John M. Clifford,
                                               D.C. Bar No. 191866
                                               1707 L Street, N.W. Suite 500
                                               Washington, DC 20036
                                               Telephone:    (202) 289-8900
                                               Facsimile:    (202) 289-8992

OSEN & ASSOCIATE, LLC
Naomi B. Weinberg
(pro hac vice application filed)
Nathaniel A. Tarnor
(pro hac vice application filed)
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone:   (201) 265-6400
Facsimile:    (201) 265-0303

Attorneys for Plaintiffs