UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RUTH CALDERÓN-CARDONA, et al.,      )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )   Civil Action No. 06-744 (RBW)
                                    )
DEMOCRATIC PEOPLE'S REPUBLIC        )
OF KOREA, et al.,                   )
                                    )
            Defendants.             )
_____)


**ORDER**

Upon consideration of Plaintiffs' Motion for: (1) Leave to File Affidavits or Declarations in Support of Plaintiffs' Request for the Entry of Default Judgment; (2) Extension of Time to Present Evidence, and the record herein, it is by the Court this _____ day of November, 2007,

ORDERED, that plaintiffs' Motion is hereby GRANTED and that Plaintiffs shall file the appropriate papers for the entry of a default judgment, including any affidavits and/or declarations made pursuant to 28 U.S.C. § 1746 that are necessary to reach a determination pursuant to 28 U.S.C. § 1608(e), on or before February 27, 2008 or must by that date advise the Court as to why they are unable to do so at that time and when, if ever, they will be able to make such a filing.


_____
REGGIE B. WALTON
United States District Judge