**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| RUTH CALDERÓN-CARDONA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| DEMOCRATIC PEOPLE'S REPUBLIC | ) |
| OF KOREA, et al., | ) |
| | ) |
| Defendants. | ) |

Civil Action No. 06-744 (RBW)

_____)

**MOTION FOR EXTENSION OF TIME**
**AND PERMISSION TO AMEND OR REFILE COMPLAINT**

Plaintiffs, by the undersigned counsel, hereby move before this Court for an Order granting a 120-day extension of time to file the appropriate papers for the entry of a default judgment and to permit plaintiffs to amend or refile their complaint in light of the fact that superseding legislation was enacted on January 28, 2008, and on other grounds.

In support of this motion, plaintiffs respectfully refer this Court to the attached Memorandum and Proposed Order.

Dated:  February 25, 2008

Respectfully submitted,

CLIFFORD & GARDE

By      /s/ John M. Clifford
        John M. Clifford
        D.C. Bar No. 191866
        1707 L Street, N.W. Suite 500
        Washington, DC 20036
        Telephone: (202) 289-8900
        Facsimile:  (202) 289-8992

OSEN LLC
Naomi B. Weinberg
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile:  (201) 265-0303

Attorneys for Plaintiffs