# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RUTH CALDERÓN-CARDONA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 06-744 (RBW) |
| ) | |
| DEMOCRATIC PEOPLE'S REPUBLIC ) | |
| OF KOREA, et al., ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

Upon consideration of plaintiffs' Motion for an Extension of Time to Present Evidence in support of the entry of default judgment and request to amend or refile their complaint based upon the enactment of 28 U.S.C. § 1605A, superseding legislation, and on other grounds, and the record herein,

It is hereby ORDERED that

Plaintiffs may file a motion, amend, or refile their complaint in accordance with 28 U.S.C. § 1605A on or before March 28, 2008, and

Plaintiffs must file the appropriate papers, including any affidavits and/or declarations, for the entry of a default judgment, on or before June 27, 2008 or advise the Court by that date as to why they are unable to do so at that time and when, if ever, they will be able to make such a filing.

Dated:

_____
REGGIE B. WALTON
United States District Judge