UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RUTH CALDERÓN-CARDONA for the ESTATE OF : \
CARMELO CALDERÓN-MOLINA, et al., :

   Plaintiffs, :

 vs. : **Civil Action No.:** \
                    : 1:06CV00744 (RBW)

DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, : \
a.k.a. NORTH KOREA, et al., :

   Defendants. :

---

## MOTION FOR ADMISSION *PRO HAC VICE* OF AARON SCHLANGER

I, John M Clifford, as a member in good standing of the Bar of this Court, do hereby move the admission of Aaron Schlanger, Esquire, to appear before the Court in this matter *pro hac vice*.

As required by LCvR 83.2(d), an appropriate affidavit signed by Mr. Schlanger accompanies this Motion.

Wherefore, I respectfully request that Mr. Schlanger be admitted to appear in this case, *pro hac vice*.

                         /s/ John M. Clifford \
                        John M. Clifford # 191866 \
                        Clifford & Garde LLP \
                        1707 L St., N.W. Suite 500 \
                        Washington, DC 20036 \
                        Telephone: (202) 280-6115 \
                        Facsimile:  (202) 289-8992

                        Attorney for Plaintiffs