UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

RUTH CALDERÓN-CARDONA for the ESTATE OF :
CARMELO CALDERÓN-MOLINA, et al., :
:
      Plaintiffs, :
:
vs. : **Civil Action No.:**
: 1:06CV00744 (RBW)
:
DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, :
a.k.a. NORTH KOREA, et al., :
:
      Defendants. :

---

## ORDER GRANTING ADMISSION *PRO HAC VICE* OF AARON SCHLANGER

The motion of John M. Clifford, properly supported, seeking the Court's permission for Aaron Schlanger, Esquire, to appear before the Court in this matter *pro hac vice*, be and it is hereby GRANTED.

_____
UNITED STATES DISTRICT JUDGE