UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RUTH CALDERÓN-CARDONA, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 06-744 (RBW) |
| DEMOCRATIC PEOPLE'S REPUBLIC OF KOREA, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

**PLAINTIFFS' NOTICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)
OF VOLUNTARY DISMISSAL OF THE ACTION**

Plaintiffs are entitled to voluntarily dismiss this action without prejudice and by notice, since no answer or motion for summary judgment has been served by any defendant. Fed.R.Civ.P. 41(a)(1)(A)(i).

Plaintiffs hereby voluntarily dismiss this action against all above-captioned defendants pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without prejudice.

Dated: April 11, 2008

Respectfully submitted,

CLIFFORD & GARDE LLP

_____/s/_____
John M. Clifford , 191866
1707 L Street, N.W.
Suite 500
Washington, DC 20036
Telephone: (202) 280-6115
Facsimile: (202) 289-8992

Osen, LLC
700 Kinderkamack Road
Oradell, New Jersey 07649
Telephone: (201) 265-6400
Facsimile: (201) 265-0303

Counsel for Plaintiffs